### DOW et al. v. UNITED STATES.

(Circuit Court of Appeals, Eighth Circuit. June 21, 1897.)

No. 922.

CERTIORARI TO PERFECT RECORD.

In Error to the District Court of the United States for the District of Colorado. Motion for a writ of certiorari. Denied.

Greeley W. Whitford and Henry V. Johnson, for the motion.

Before SANBORN, Circuit Judge, and LOCHREN, District Judge.

PER CURIAM. The motion of the defendant in error for a writ of certiorari to the court below for the purpose of perfecting the record herein is denied, (1) because it does not appear from the moving papers that the portions of the evidence which the defendant in error seeks to have returned to this court form a part of the bill of exceptions in the case; (2) because it appears from the motion papers that the absence of the evidence can be of no disadvantage to the defendant in error, since it seeks to sustain the ruling of the court admitting the evidence, which is omitted, and submitting the case to the jury, and the appellate court will presume that the ruling of the trial court upon these questions was right, unless the evidence admitted by its ruling appears in the printed record.

---

FARMERS' LOAN & TRUST CO. v. OREGON IMP. CO. (Circuit Court of Appeals, Ninth Circuit. June 1, 1896.) No. 234. Appeal from the Circuit Court of the United States for the District of Oregon. Dolph, Mallory, Simon & Strahan and Dolph, Nixon & Dolph, for appellant. A. F. Burleigh, Zera Snow, and Milton W. Smith, for appellee. No opinion. Dismissed after argument.

---

FARMERS' LOAN & TRUST CO. v. OTIS. (Circuit Court of Appeals, Ninth Circuit. June 1, 1896.) No. 279. Appeal from the Circuit Court of the United States for the Northern Division of the District of Washington. Dolph, Mallory & Simon, for appellant. Zera Snow and H. M. Herman, for appellee. No opinion. Dismissed by agreement, pursuant to the twentieth rule.

---

FRANKLIN v. UNION LOAN & TRUST CO. (Circuit Court of Appeals, Ninth Circuit. October 29, 1894.) No. 129. Appeal from the Circuit Court of the United States for the Southern District of California. Charles D. Houghton, for appellant. Edwin Lamme, R. E. Houghton, and W. J. Curtis, for appellee. No opinion. By consent the decree entered upon the appeal in Southern California Motor-Road Co. v. Union Loan & Trust Co., 29 U. S. App. 110, 12 C. C. A. 215, and 64 Fed. 450, stands against the appellant in this appeal.

---

GILLINGHAM et al. v. MILLIGAN et al. (Circuit Court of Appeals, Sixth Circuit. May 17, 1897.) No. 496. Appeal from the Circuit Court of the United States for the Eastern District of Tennessee. Templeton & Cates, for appellant. No opinion. Dismissed for failure to print record, pursuant to the twenty-third rule.